IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGORY HORTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | No. 3:24-CV-0698-D |
| | § | |
| NORTHERN DIST FEDERAL GOV., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. By separate judgment, plaintiff's case is being dismissed.

Plaintiff is WARNED that if he persists in filing frivolous or baseless cases, or cases in which the court lacks subject matter jurisdiction, the court may impose monetary sanctions and/or bar him from bringing any further actions. *See* Fed. R. Civ. P. 11(b)(2) and (c)(1) (providing for sanctions against pro se litigants or attorneys).

**SO ORDERED**.

July 29, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE